**Order entered January 11, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00632-CV

## HOLDEN THOMAS, HERBERT THOMAS AND JACKSON THOMAS, Appellants

## V.

## WM. CHARLES BUNDREN & ASSOCIATES LAW GROUP PLLC, Appellee

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-06694-2019**

## ORDER

On the Court's own motion, we **REMOVE** this case from submission on January 12, 2021. We **DIRECT** the Clerk to set the case for submission without oral argument on March 2, 2021.

/s/ ROBBIE PARTIDA-KIPNESS
   PRESIDING JUSTICE